IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEREMY JEROME,**

    **Plaintiff,**

**v.**          **Case No. 4:17cv228-MW/CAS**

**RICHARD A. RAMSAY, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** because it is both frivolous and fails to a state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on July 10, 2017.**

                                          **s/Mark E. Walker          \_\_\_\_**
                                          **United States District Judge**